# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Arah Muaba Bey; Amah Bajha El and Heirs, | Case No. 2:23-cv-00573-CDS-DJA |
| Plaintiff, | **Order** |
| v. | |
| John T. Steffen, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF Nos. 6 and 7). The Court received notice that Plaintiff's mail was not deliverable because he has moved. (ECF No. 7). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address.

///

///

///

1    **IT IS THEREFORE ORDERED** that Plaintiff must update his address by **January 29,**
2    **2024.**  Failure to comply with this order may result in a recommendation to the District Judge that
3    this case be dismissed.  The Clerk of Court is kindly directed to mail a copy of this order to
4    Plaintiff.

6    DATED: January 2, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE