UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Arah Muaba Bey; Amah Bajha El and Heirs,<br><br>  Plaintiffs,<br><br>  v.<br><br>John T. Steffen, et al.,<br><br>  Defendants. | Case No. 2:23-cv-00573-CDS-DJA<br><br>**Report and Recommendation** |

On January 2, 2024, the Court entered an order requiring Plaintiffs to update their address on or before January 29, 2024. (ECF No. 8). To date, Plaintiffs have not updated their address or taken further action in this case. In the Court's order, it explained that "[f]ailure to comply with this order may result in a recommendation to the District Judge that this case be dismissed." (*Id.* at 2).

///

///

///

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice. The Clerk of Court is kindly directed to send this recommendation to Plaintiffs.

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: April 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE